J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Morgan E. Pietz (SBN 260629)
mpietz@pietzlawfirm.com
The Pietz Law Firm
3770 Highland Avenue, Suite 206
Manhattan Beach, California  90266
Telephone:   (310) 424-5557
Facsimile:   (310) 546-5301

Attorney for Defendants
Anthem, LLC, and Tracy Jernigan,
an individual and d/b/a Amazon.com
Sellers Kyrie Eleison and invigorate

JS-6

**FILED:  10/22/13**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-871 GHK (AJWx) |
| Plaintiff, | [PROPOSED] CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Anthem, LLC; Tracy Jernigan, an individual and d/b/a Amazon.com Sellers Kyrie Eleison and invigorate; Deann Stowe, an individual and d/b/a Amazon.com Sellers Kyrie Eleison and invigorate; and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of

Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Anthem, LLC, and Tracy

Jernigan, an individual and d/b/a Amazon.com Sellers Kyrie Eleison and invigorate (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendants have made unauthorized uses of certain of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendants  and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)   Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Defendants acknowledge that co-Defendant Deann Stowe, an individual and d/b/a Amazon.com Sellers Kyrie Eleison and invigorate ("Stowe"), is a fictitious identity used by Defendants in connection with their business.  Stowe shall be dismissed from this Action without prejudice.

7)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

8)   This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

12)    This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:   10/18/13

_____
Hon. George H. King
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By: /s/ J. Andrew Coombs
      J. Andrew Coombs
      Nicole L. Drey
Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

The Pietz Law Firm


By:  /s/ Morgan E. Pietz
      Morgan E. Pietz
Attorney for Defendants
Anthem, LLC, and Tracy Jernigan, an
individual and d/b/a Amazon.com Sellers
Kyrie Eleison and invigorate

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 1-267-730 | NIP/TUCK: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-267-729 | NIP/TUCK: Mandi/Randi | WBEI |
| PA 1-267-728 | NIP/TUCK: Nanette Babcock | WBEI |
| PA 1-267-723 | NIP/TUCK: Sofia Lopez | WBEI |
| PA 1-267-727 | NIP/TUCK: Kurt Dempsey | WBEI |
| PA 1-267-726 | NIP/TUCK: Megan O'Hara | WBEI |
| PA 1-267-725 | NIP/TUCK: Cliff Mantegna | WBEI |
| PA 1-267-724 | NIP/TUCK: Cara Fitzgerald | WBEI |
| PA 1-267-722 | NIP/TUCK: Sofia Lopez II | WBEI |
| PA 1-267-721 | NIP/TUCK: Adelle Coffin | WBEI |
| PA 1-267-720 | NIP/TUCK: Montana / Sassy / Justice | WBEI |
| PA 1-267-719 | NIP/TUCK: Antonia Ramos | WBEI |
| PA 1-267-718 | NIP/TUCK: Escobar Gallardo | WBEI |
| PA 1-651-503 | NIP/TUCK: Agatha Ripp | WBEI |
| PA 1-651-500 | NIP/TUCK: Bobbi Broderick | WBEI |
| PA 1-651-461 | NIP/TUCK: Christian Troy | WBEI |
| PA 1-651-455 | NIP/TUCK: Erica Noughton | WBEI |
| PA 1-651-504 | NIP/TUCK: Joann Rivers | WBEI |
| PA 1-651-464 | NIP/TUCK: Joel Gideon | WBEI |
| PA 1-651-497 | NIP/TUCK: Julia McNamara | WBEI |
| PA 1-651-457 | NIP/TUCK: Kimber Henry | WBEI |
| PA 1-651-481 | NIP/TUCK: Manya Mabika | WBEI |
| PA 1-651-484 | NIP/TUCK: Mrs. Grubman | WBEI |
| PA 1-651-495 | NIP/TUCK: Naomi Mason | WBEI |
| PA 1-651-445 | NIP/TUCK: Natasha Charles | WBEI |
| PA 1-651-450 | NIP/TUCK: Oona Wentworth | WBEI |
| PA 1-651-492 | NIP/TUCK: Rose & Raven Rosenberg | WBEI |
| PA 1-651-488 | NIP/TUCK: Sean McNamara | WBEI |

| | | |
|---|---|---|
| PA 1-651-441 | NIP/TUCK: Trudy Nye | WBEI |
| PA 1-651-425 | NIP/TUCK: Abby Mays | WBEI |
| PA 1-651-424 | NIP/TUCK: Ben White | WBEI |
| PA 1-651-419 | NIP/TUCK: Cherry Peck | WBEI |
| PA 1-651-428 | NIP/TUCK: Derek/Alex/Gary | WBEI |
| PA 1-651-431 | NIP/TUCK: Frankenlaura | WBEI |
| PA 1-651-435 | NIP/TUCK: Granville Trapp | WBEI |
| PA 1-651-414 | NIP/TUCK: Hannah Tedesco | WBEI |
| PA 1-651-422 | NIP/TUCK: Joy Kringle | WBEI |
| PA 1-651-421 | NIP/TUCK: Kiki | WBEI |
| PA 1-651-420 | NIP/TUCK: Madison Berg | WBEI |
| PA 1-651-418 | NIP/TUCK: Momma Boone | WBEI |
| PA 1-651-415 | NIP/TUCK: Quentin Costa | WBEI |
| PA 1-651-417 | NIP/TUCK: Rhea Reynolds | WBEI |
| PA 1-651-413 | NIP/TUCK: Sal Perri | WBEI |
| PA 1-651-430 | NIP/TUCK: Tommy Bolton | WBEI |
| PA 1-654-093 | NIP/TUCK: Blue Mondae | WBEI |
| PA 1-654-112 | NIP/TUCK: Burt Landau | WBEI |
| PA 1-654-117 | NIP/TUCK: Cindy Plumb | WBEI |
| PA 1-654-114 | NIP/TUCK: Conor McNamara | WBEI |
| PA 1-654-096 | NIP/TUCK: Conor McNamara, 2026 | WBEI |
| PA 1-654-095 | NIP/TUCK: Dawn Budge | WBEI |
| PA 1-654-107 | NIP/TUCK: Diana Lubey | WBEI |
| PA 1-654-100 | NIP/TUCK: Faith Wolper. PH.D | WBEI |
| PA 1-654-110 | NIP/TUCK: Gala Gallardo | WBEI |
| PA 1-654-115 | NIP/TUCK: Liz Cruz | WBEI |
| PA 1-654-105 | NIP/TUCK: Merrill Bobolit | WBEI |
| PA 1-654-097 | NIP/TUCK: Monica Wilder | WBEI |
| PA 1-654-094 | NIP/TUCK: Reefer | WBEI |
| PA 1-654-102 | NIP/TUCK: Shari Noble | WBEI |
| PA 1-654-108 | NIP/TUCK: Willy Ward | WBEI |
| PA 1-708-363 | NIP/TUCK: Ronnie Chase | WBEI |
| PA 1-708-374 | NIP/TUCK: Gene Shelly | WBEI |
| PA 1-708-386 | NIP/TUCK: Roxy St. James | WBEI |
| PA 1-708-401 | NIP/TUCK: Ricky Wells | WBEI |
| PA 1-708-522 | NIP/TUCK: Manny Skerritt | WBEI |
| PA 1-708-506 | NIP/TUCK: Budi Sabri | WBEI |

| PA 1-708-504 | NIP/TUCK: Allegra Caldarello | WBEI |
|---|---|---|
| PA 1-708-500 | NIP/TUCK: Giselle Blaylock And Legend Chandler | WBEI |
| PA 1-708-582 | NIP/TUCK: Don Hoberman | WBEI |
| PA 1-711-947 | NIP/TUCK: Enigma | WBEI |
| PA 1-708-611 | NIP/TUCK: Briggitte Reinholt | WBEI |
| PA 1-708-577 | NIP/TUCK: Jenny Juggs | WBEI |
| PA 1-708-528 | NIP/TUCK: Abigail Sullivan | WBEI |
| PA 1-708-347 | NIP/TUCK: Alexis Stone | WBEI |
| PA 1-708-345 | NIP/TUCK: Alexis Stone II | WBEI |
| PA 1-708-335 | NIP/TUCK: Lola Wlodkowski | WBEI |
| PA 1-708-466 | NIP/TUCK: Benny Nilsson | WBEI |
| PA 1-708-343 | NIP/TUCK: Wesley Clovis | WBEI |
| PA 1-711-948 | NIP/TUCK: Dan Daly | WBEI |
| PA 1-708-348 | NIP/TUCK: Willow Banks | WBEI |
| PA 1-708-349 | NIP/TUCK: Joel Seabrook | WBEI |
| PA 1-708-330 | NIP/TUCK: Sheila Carlton | WBEI |
| PA 1-708-627 | NIP/TUCK: Virginia Hayes | WBEI |
| PA 1-708-631 | NIP/TUCK: Christian Troy II | WBEI |
| PA 1-708-342 | NIP/TUCK: Dr. Griffin | WBEI |
| PA 1-708-621 | NIP/TUCK: Walter & Edith Krieger | WBEI |
| PA 1-708-478 | NIP/TUCK: Hiro Yoshimura | WBEI |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |

| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | Home Box Office, Inc. ("HBO"); Samax, Inc. ("SI") |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO; SI |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |

| | | |
|---|---|---|
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |

| | | |
|---|---|---|
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |

| | | |
|---|---|---|
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |

| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
|---|---|---|
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-653-459 | TRUE BLOOD: Strange Love | HBO |
| PA 1-653-432 | TRUE BLOOD: The First Taste | HBO |
| PA 1-653-964 | TRUE BLOOD: Mine | HBO |
| PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | HBO |
| PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | HBO |
| PA 1-653-570 | TRUE BLOOD: Cold Ground | HBO |
| PA 1-653-568 | TRUE BLOOD: Burning House of Love | HBO |
| PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | HBO |
| PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | HBO |
| PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | HBO |
| PA 1-663-958 | TRUE BLOOD: To Love is to Bury | HBO |

| PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | HBO |
|---|---|---|
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |

| | | |
|---|---|---|
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |
| PA 1-612-161 | TWO AND A HALF MEN: Pilot | WBEI |
| PA 1-612-148 | TWO AND A HALF MEN: Alan Harper, Frontier Chiropractor | WBEI |
| PA 1-612-137 | TWO AND A HALF MEN: Ate The Hamburgers, Wearing The Hat | WBEI |
| PA 1-612-145 | TWO AND A HALF MEN: Big Flappy Bastards | WBEI |
| PA 1-612-157 | TWO AND A HALF MEN: Camel Filters And Pheremones | WBEI |
| PA 1-612-151 | TWO AND A HALF MEN: Can You Feel My Finger? | WBEI |
| PA 1-612-130 | TWO AND A HALF MEN: Did You Check With The Captain Of The Flying Monkeys? | WBEI |
| PA 1-612-125 | TWO AND A HALF MEN: Go East On Sunset Until You Reach The Gates Of Hell | WBEI |
| PA 1-612-127 | TWO AND A HALF MEN: Hey, I Can Pee Outside In The Dark | WBEI |
| PA 1-612-150 | TWO AND A HALF MEN: I Can't Afford Hyenas | WBEI |

| PA 1-612-147 | TWO AND A HALF MEN: If I Can't Write My Chocolate Song, I'm Going To Take A Nap | WBEI |
|---|---|---|
| PA 1-612-133 | TWO AND A HALF MEN: If They Do Go Either Way They're Usually Fake | WBEI |
| PA 1-612-158 | TWO AND A HALF MEN: I Remember The Coat Room, I Just Don't Remember You | WBEI |
| PA 1-612-160 | TWO AND A HALF MEN: Just Like Buffalo | WBEI |
| PA 1-612-131 | TWO AND A HALF MEN: Last Thing You Want Is To Wind Up With A Hump | WBEI |
| PA 1-612-126 | TWO AND A HALF MEN: Merry Thanksgiving | WBEI |
| PA 1-612-138 | TWO AND A HALF MEN: My Doctor Has A Cow Puppet | WBEI |
| PA 1-612-144 | TWO AND A HALF MEN: No Sniffing, No Wowing | WBEI |
| PA 1-612-143 | TWO AND A HALF MEN: An Old Flame With A New Wick | WBEI |
| PA 1-612-123 | TWO AND A HALF MEN: Phase One, Complete | WBEI |
| Pa 1-612-153 | TWO AND A HALF MEN: Round One To The Hot Crazy Chick | WBEI |
| PA 1-612-149 | Two And A Half Men: Sarah Like Puny Alan | WBEI |
| PA 1-612-134 | TWO AND A HALF MEN: That Was Saliva, Alan | WBEI |
| PA 1-612-124 | TWO AND A HALF MEN: Twenty-Five Little Pre-Pubers Without A Snoot-Full | WBEI |
| PA 1-742-437 | TWO AND A HALF MEN: Back Off Mary Poppins | WBEI |
| PA 1-742-529 | TWO AND A HALF MEN: Enjoy those Garlic Balls | WBEI |

| | | |
|---|---|---|
| PA 1-742-389 | TWO AND A HALF MEN: A Bag Full of Jawea | WBEI |
| PA 1-742-557 | TWO AND A HALF MEN: Bad News from the Clinic | WBEI |
| PA 1-742-571 | TWO AND A HALF MEN: The Price of Healthy Gums is Eternal Vigilance | WBEI |
| PA 1-742-468 | TWO AND A HALF MEN: A Kosher Slaughterhouse Out in Fontana | WBEI |
| PA 1-742-411 | TWO AND A HALF MEN: Frankenstein and the Horny Villagers | WBEI |
| PA 1-742-548 | TWO AND A HALF MEN: Yes, Monsignor | WBEI |
| PA 1-742-509 | TWO AND A HALF MEN: The Salmon Under My Sweater | WBEI |
| PA 1-742-592 | TWO AND A HALF MEN: Last Chance to See Those Tattoos | WBEI |
| PA 1-742-587 | TWO AND A HALF MEN: A Lung Full of Alan | WBEI |
| PA 1-742-579 | TWO AND A HALF MEN: Zejdz z Zmoich Wlosow (Get Off My Hair) | WBEI |
| PA 1-742-487 | TWO AND A HALF MEN: Those Big Pink Things with Coconut | WBEI |
| PA 1-742-456 | TWO AND A HALF MEN: Smell the Umbrella Stand | WBEI |
| PA 1-742-554 | TWO AND A HALF MEN: Woo-Hoo, a Hernia-Exam! | WBEI |
| PA 1-742-460 | TWO AND A HALF MEN: It was Mame, Mom | WBEI |
| PA 1-742-433 | TWO AND A HALF MEN: A Low, Guttural Tongue-Flapping Noise | WBEI |
| PA 1-742-526 | TWO AND A HALF MEN: I Always Wanted to Shave a Monkey | WBEI |
| PA 1-742-575 | TWO AND A HALF MEN: A Sympathetic Crotch to Cry On | WBEI |
| PA 1-742-408 | TWO AND A HALF MEN: Squab, Squab, Squab, Squab, Squab | WBEI |

| PA 1-742-450 | TWO AND A HALF MEN: Does this Smell Funny to You? | WBEI |
|---|---|---|
| PA 1-621-844 | TWO AND A HALF MEN: Weekend in Bangkok with Two Olympic Gymnasts | WBEI |
| PA 1-621-843 | TWO AND A HALF MEN: Principal Gallagher's Lesbian Lover | WBEI |
| PA 1-621-852 | TWO AND A HALF MEN: Carpet Burns and a Bite Mark | WBEI |
| PA 1-621-847 | TWO AND A HALF MEN: Your Dismissive Attitude Toward Boobs | WBEI |
| PA 1-621-846 | TWO AND A HALF MEN: We Called It Mr. Pinky | WBEI |
| PA 1-621-853 | TWO AND A HALF MEN: Hi, Mr. Horned One | WBEI |
| PA 1-621-850 | TWO AND A HALF MEN: Sleep Tight, Puddin' Pop | WBEI |
| PA 1-621-855 | TWO AND A HALF MEN: That Voodoo That I Do Do | WBEI |
| PA 1-621-845 | TWO AND A HALF MEN: Madame and Her Special Friend | WBEI |
| PA 1-621-848 | TWO AND A HALF MEN: Something Salted and Twisted | WBEI |
| PA 1-621-851 | TWO AND A HALF MEN: Santa's Village of the Damned | WBEI |
| PA 1-621-800 | TWO AND A HALF MEN: That Special Tug | WBEI |
| PA 1-621-792 | TWO AND A HALF MEN: Humiliation is a Visual Medium | WBEI |
| PA 1-621-795 | TWO AND A HALF MEN: Love Isn't Blind, It's Retarded | WBEI |
| PA 1-621-804 | TWO AND A HALF MEN: My Tongue is Meat | WBEI |
| PA 1-622-018 | TWO AND A HALF MEN: Ergo, the Booty Call | WBEI |
| PA 1-621-813 | TWO AND A HALF MEN: The Unfortunate Little Schnauzer | WBEI |

| | | |
|---|---|---|
| PA 1-621-809 | TWO AND A HALF MEN: The Spit-Covered Cobbler | WBEI |
| PA 1-621-811 | TWO AND A HALF MEN: Golly Moses, She's a Muffin | WBEI |
| PA 1-621-790 | TWO AND A HALF MEN: Always a Bridesmaid, Never a Burro | WBEI |
| PA 1-621-789 | TWO AND A HALF MEN: And the Plot Moistens | WBEI |
| PA 1-621-806 | TWO AND A HALF MEN: Just Once with Aunt Sophie | WBEI |
| PA 1-621-854 | TWO AND A HALF MEN: Arguments for the Quickie | WBEI |
| PA 1-621-807 | TWO AND A HALF MEN: The Pistol-Packin' Hermaphrodite | WBEI |
| PA 1-749-395 | TWO AND A HALF MEN: Working for Caligula | WBEI |
| PA 1-749-389 | TWO AND A HALF MEN: Who's Vod Kanuckers | WBEI |
| PA 1-749-384 | TWO AND A HALF MEN: The Sea is a Harsh Mistress | WBEI |
| PA 1-749-390 | TWO AND A HALF MEN: A Pot Smoking Monkey | WBEI |
| PA 1-749-391 | TWO AND A HALF MEN: A Live Woman of Proven Fertility | WBEI |
| PA 1-749-392 | TWO AND A HALF MEN: Apologies for the Frivolity | WBEI |
| PA 1-749-374 | TWO AND A HALF MEN: Repeated Blows to His Unformed Head | WBEI |
| PA 1-749-375 | TWO AND A HALF MEN: Release the Dogs | WBEI |
| PA 1-749-383 | TWO AND A HALF MEN: Corey's Been Dead for an Hour | WBEI |
| PA 1-749-379 | TWO AND A HALF MEN: Kissing Abraham Lincoln | WBEI |
| PA 1-749-380 | TWO AND A HALF MEN: Walnuts and Demerol | WBEI |

| PA 1-749-382 | TWO AND A HALF MEN: Castrating Sheep in Montana | WBEI |
|---|---|---|
| PA 1-749-377 | TWO AND A HALF MEN: Don't Worry, Speed Racer | WBEI |
| PA 1-749-396 | TWO AND A HALF MEN: That's Summer Sausage, Not Salami | WBEI |
| PA 1-749-376 | TWO AND A HALF MEN: My Damn Stalker | WBEI |
| PA 1-749-398 | TWO AND A HALF MEN: Young People Have Phlegm Too | WBEI |
| PA 1-749-385 | TWO AND A HALF MEN: I Merely Slept with a Commie | WBEI |
| PA 1-749-386 | TWO AND A HALF MEN: It Never Rains in Hooterville | WBEI |
| PA 1-749-387 | TWO AND A HALF MEN: Smooth as a Ken Doll | WBEI |
| PA 1-749-388 | TWO AND A HALF MEN: Aunt Myra Doesn't Pee a Lot | WBEI |
| PA 1-749-373 | TWO AND A HALF MEN: Tucked, Taped and Gorgeous | WBEI |
| PA 1-749-372 | TWO AND A HALF MEN: Mr. McGlue's Feedbag | WBEI |
| PA 1-749-371 | TWO AND A HALF MEN: Anteaters. They're Just Crazy Lookin' | WBEI |
| PA 1-749-378 | TWO AND A HALF MEN: Prostitutes and Gelato | WBEI |
| PA 1-611-529 | TWO AND A HALF MEN: Waiting for the Right Snapper | WBEI |
| PA 1-758-424 | TWO AND A HALF MEN: Taterhead is Our Love Child | WBEI |
| PA 1-758-628 | TWO AND A HALF MEN: Pie Hole, Herb | WBEI |
| PA 1-758-655 | TWO AND A HALF MEN: Damn You, Eggs Benedict | WBEI |
| PA 1-758-641 | TWO AND A HALF MEN: The Flavin' and the Mavin' | WBEI |

| | | |
|---|---|---|
| PA 1-758-322 | TWO AND A HALF MEN: A Jock Strap in Hell | WBEI |
| PA 1-758-666 | TWO AND A HALF MEN: It's Always Nazi Week | WBEI |
| PA 1-758-368 | TWO AND A HALF MEN: Best H.O. Money Can Buy | WBEI |
| PA 1-758-617 | TWO AND A HALF MEN: Pinocchio's Mouth | WBEI |
| PA 1-758-470 | TWO AND A HALF MEN: The Mooch at the Boo | WBEI |
| PA 1-758-504 | TWO AND A HALF MEN: He Smelled the Ham, He Got Excited | WBEI |
| PA 1-758-610 | TWO AND A HALF MEN: The Devil's Lube | WBEI |
| PA 1-758-344 | TWO AND A HALF MEN: Thank God for Scoliosis | WBEI |
| PA 1-758-598 | TWO AND A HALF MEN: I Think You Offended Don | WBEI |
| PA 1-758-316 | TWO AND A HALF MEN: David Copperfield Slipped Me a Roofie | WBEI |
| PA 1-758-318 | TWO AND A HALF MEN: I'd Like to Start with the Cat | WBEI |
| PA 1-758-342 | TWO AND A HALF MEN: She'll Still Be Dead at Halftime | WBEI |
| PA 1-758-654 | TWO AND A HALF MEN: The 'Ocu' or the 'Pado'? | WBEI |
| PA 1-758-314 | TWO AND A HALF MEN: My Son's Enormous Head | WBEI |
| PA 1-758-321 | TWO AND A HALF MEN: The Two Finger Rule | WBEI |
| PA 1-758-352 | TWO AND A HALF MEN: Hello, I am Alan Cousteau | WBEI |
| PA 1-758-325 | TWO AND A HALF MEN: Above Exalted Cyclops | WBEI |
| PA 1-758-323 | TWO AND A HALF MEN: Sir Lancelot's Litter Box | WBEI |

| PA 1-758-317 | TWO AND A HALF MEN: Good Morning, Mrs. Butterworth | WBEI |
|---|---|---|
| PA 1-758-668 | TWO AND A HALF MEN: Baseball was Better with Steroids | WBEI |